UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY CORPORATION,

    Plaintiff,                                           Case No. 19-cv-12861
                                                  Hon. Matthew F. Leitman

v.

JOHN DOES 1–242,

    Defendants.

_____/

### ORDER ON PLAINTIFF'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF No. 4)

On October 2, 2019, the Court held a hearing on Plaintiff's Ex Parte Motion for a Temporary Restraining Order. For the reasons stated on the record, IT IS HEREBY ORDERED THAT the hearing is CONTINUED.

As discussed during the hearing, by not later than **December 2, 2019**, Plaintiff may make additional filings, including an amended complaint, a supplemental brief in support of the motion, and a supplemental declaration (or declarations). Plaintiff may file all additional filings under seal. In addition, all other filings in this action shall be placed/maintained under seal until further order of the Court. Once the Court receives and reviews Plaintiff's additional filings, the Court will determine the appropriate next steps in connection with Plaintiff's motion.

**IT IS SO ORDERED**.

                                                                  s/Matthew F. Leitman
                                                                  MATTHEW F. LEITMAN
Dated: October 2, 2019                      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2019, by electronic means and/or ordinary mail.

          s/Holly A. Monda
          Case Manager
          (810) 341-9764