UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY CORPORATION,

    Plaintiff,

v.

JOHN DOES 1–242,

    Defendants.

Case No. 19-cv-12861
Hon. Matthew F. Leitman

_____/

**ORDER (1) TERMINATING AS MOOT PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF No. 4) AND (2) GRANTING PLAINTIFF'S EX PARTE MOTION TO SEAL (ECF No. 3)**

On October 1, 2019, Plaintiff Wesley Corporation filed an *ex parte* Motion for a Temporary Restraining Order, Preliminary Injunction, and Additional Relief (ECF No. 4). In a recent filing, Plaintiff withdrew this request for relief and instead requested an expedited discovery order. (*See* Pl.'s Supp. Br., ECF No. 9.) The Court will address Plaintiff's request for an expedited discovery order in another order to be issued shortly. For now, the Court **TERMINATES AS MOOT** Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, and Additional Relief (ECF No. 4).

Plaintiff also filed an *ex parte* Motion to Temporarily Seal the Record (ECF No. 3) on October 1, 2019. The Court **GRANTS** Plaintiff's motion.

    **IT IS SO ORDERED**.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: February 11, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2020, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764